IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS
AND ALLIED TRADES INDUSTRY
PENSION FUND

    Plaintiff

v.

BALLARD & ASSOCIATES, INC.,

    Defendant

Case No. 1:08-cv-00893

## AFFIDAVIT OF PROCESS SERVER

Appeared before me this 11th day of Aug. 2008, Jonathan V. Blankenship, a process server, and stated as follows.

1. I am a private process server retained to serve process in regards to the above captioned matter.

2. I am over the age of eighteen years and am of sound mind and body.

3. I have no interest in the outcome of this suit, either personal, financial, or otherwise.

4. On August 05, 2008, I appeared at the home of John W. Wimmer located at 208 North Laura Anne Drive, Sterling, VA and served a true copy of the following:

*Summons in a Civil Case, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, Complaint*

on John W. Wimmer, who identified himself as such. Service was effected on said date at approximately 08:26 PM.

Priority Legal Services: 1 of 3 Pages

2

_[signature]_

**Jonathan V. Blankenship**

Process Server,
Priority Legal Services
P.O. Box 361
Fairfax, VA 22038
(703) 421-5400

Commonwealth of Virginia:
County of Fairfax:

Sworn to and subscribed before me this ___11th___ day of ___Aug. 2008___

_[signature]_
Notary Public

My Commission Expires: ___5/31/2011___

_[Notary seal: JAMES A. BLANKENSHIP, MY COMMISSION EXPIRES, COMMONWEALTH OF VIRGINIA, COMMISSION #7126949, 05-31-2011, NOTARY PUBLIC]_

AO 440 (Rev. ...) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND and
GARY J. MEYERS

SUMMONS IN A CIVIL CASE

V.

JOHN W. WIMMER, an individual
d/b/a Ballard & Associates, Inc

CASE NU.

Case: 1:08-cv-00893
Assigned To : Kennedy, Henry H.
Assign. Date : 5/27/2008
Description: Labor-ERISA

TO: (Name and address of Defendant)

JOHN W. WIMMER, an individual
d/b/a Ballard & Associates, Inc
~~208 North Laura Drive~~ 208 N. Laura Anna Dr.
Sterling, VA 20164

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KENT CPREK
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA 19106

an answer to the complaint which is served on you with this summons, within | twenty (20) | days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**

MAY 2 7 2008

CLERK                                        DATE

_(signature)_
(By) DEPUTY CLERK