IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 08-893 |
| v. | ) ) | |
| BALLARD & ASSOCIATES, INC. | ) ) | |
| and | ) ) | |
| JOHN W. WIMMER, an individual | ) ) | |
| Defendants | ) | |

## ENTRY OF APPEARANCE

Kindly enter the appearance of Philip A. Lozano, Esquire as counsel of Plaintiffs, International Painters and Allied Trades Industry Pension Fund in the above-referenced matter.

Respectful submitted,

JENNINGS SIGMOND, P. C.

BY:  /s/ Philip A. Lozano
PHILIP A. LOZANO
Bar No. 979737
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0669
Attorney for Plaintiffs

Date: August 20, 2008

198569-1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Entry of Appearance for Philip A. Lozano, Esquire was transmitted via first class mail, postage prepaid on the date set forth below to:

BALLARD & ASSOCIATES, INC. f/k/a
Ballard & Associates II, Inc.
4500 Decatur Street
Hyattsville, MD 20781

And

JOHN W. WIMMER, an individual
d/b/a Ballard & Associates, Inc.,
208 North Laura Drive
Sterling, VA 20164

Respectful submitted,

JENNINGS SIGMOND, P. C.

BY: __/s/ Philip A. Lozano__
PHILIP A. LOZANO
Bar No. 979737
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0669
Attorney for Plaintiffs

Date: August 20, 2008

198569-1