## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, *et al.* | ) ) ) | |
| Plaintiffs | ) | CIVIL ACTION NO. |
| v. | ) ) | |
| BALLARD & ASSOCIATES, INC.*, et al.* | ) ) | |
| Defendants | ) | 08-00893 (HHK) |

### REQUEST TO CLERK TO ENTER
### DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)

You will please enter a default on , Ballard & Associates, Inc., f/k/a Ballard & Associates, II, Inc., ("Company") and , John W. Wimmer, d/b/a Ballard & Associates, Inc., ("Wimmer and jointly with Company, "Defendants") for failure to plead or otherwise defend as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Declaration of Philip A. Lozano.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

BY:/s/     Philip A. Lozano
        PHILIP A. LOZANO
        Bar No. 979737
        The Penn Mutual Towers, 16th Floor
        510 Walnut Street, Independence Square
        Philadelphia, PA 19106-3683
        (215) 351-0669
        Attorneys for Plaintiffs

Date: August 26, 2008

198720

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED | ) | |
| TRADES INDUSTRY PENSION FUND, *et al.* | ) | |
| | ) | |
| Plaintiffs | ) | CIVIL ACTION NO. |
| v. | ) | |
| | ) | |
| BALLARD & ASSOCIATES, INC., *et al.* | ) | |
| | ) | |
| Defendants | ) | 08-00893 (HHK) |

**DECLARATION OF PHILIP A. LOZANO, ESQUIRE
FOR ENTRY OF DEFAULT**

Philip A. Lozano, Esquire, declares and states as follows:

1.     I am the attorney for the Plaintiff in the above-entitled action.

2.     The Complaint and Summons in this action were served on Ballard & Associates, Inc., f/k/a Ballard & Associates, II, Inc., ("Company") and , John W. Wimmer, d/b/a Ballard & Associates, Inc., ("Wimmer and jointly with Company, "Defendants") on August 5, 2008, by Jonathan V. Blankenship, Process Server, who served John W. Wimmer at  208 North Laura Anne Drive, Sterling, VA  20164.  The Return of Service has been duly docketed with the Court.

3.     The time in which Defendants may answer or otherwise move as to the Complaint has expired.

4.     Defendants have not answered or otherwise moved and the time for Defendants to answer or otherwise move has not been extended by Order of the Court.

5.     Neither of the Defendants is an infant or an incompetent person and, as a company, Defendant Ballard & Associates, Inc., f/k/a Ballard & Associates, II, Inc. is not in the

198720-1

military service.  A separate Declaration of Non-Military Service has been filed with respect to

the individual defendant John W. Wimmer.

<div style="margin-left: 45%;">

I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.

s/      Philip A. Lozano
PHILIP A. LOZANO, ESQUIRE

</div>

Date: August 26, 2008

198720-1

## CERTIFICATE OF SERVICE

I, PHILIP A. LOZANO, ESQUIRE, state, under penalty of perjury, that the foregoing

Request to Clerk to Enter Default Pursuant to Fed. R. Civ. P. 55(a) was served by mailing same

first class mail, postage prepaid, on the date listed below to:


BALLARD & ASSOCIATES, INC. f/k/a
Ballard & Associates II, Inc.
208 North Laura Drive
Sterling, VA 20164

JOHN W. WIMMER, an  individual
d/b/a Ballard & Associates, Inc.,
208 North Laura Drive
Sterling, VA 20164



s/        Philip A. Lozano
PHILIP A. LOZANO, ESQUIRE

Date: August 26, 2008

198720