IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, *et al.* | ) ) ) | |
| Plaintiffs | ) ) | CIVIL ACTION NO. |
| v. | ) ) | |
| BALLARD & ASSOCIATES, INC., *et al.* | ) ) | |
| Defendants | ) | 08-00893 (HHK) |

## DECLARATION OF NON-MILITARY SERVICE

PHILIP A. LOZANO, ESQUIRE, declares that he is legal counsel for the Plaintiff in the above-captioned matter, and that Defendant, John W. Wimmer, is not in the military or naval service of the United States or its allies, nor otherwise within the provisions of the Soldiers and Sailors Civil Relief Act of 1940 or its amendments.

                      I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief

                      s/      Philip A. Lozano
                      PHILIP A. LOZANO, ESQUIRE

Date: August 26, 2008

198720-1

**CERTIFICATE OF SERVICE**

I, PHILIP A. LOZANO, ESQUIRE, state, under penalty of perjury, that the foregoing Declaration of Non-Military Service was served by mailing same first class mail, postage prepaid, on the date listed below to:

BALLARD & ASSOCIATES, INC. f/k/a
Ballard & Associates II, Inc.
208 North Laura Drive
Sterling, VA 20164

JOHN W. WIMMER, an individual
d/b/a Ballard & Associates, Inc.,
208 North Laura Drive
Sterling, VA 20164

s/      Philip A. Lozano
PHILIP A. LOZANO, ESQUIRE

Date: August 26, 2008