Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, et al

Plaintiff(s)

V.

Civil Action No. 08-893 HHK

BALLARD & ASSOCIATES, INC., et al

Defendant(s)

RE: BALLARD & ASSOCIATES, INC.; JOHN W. WIMMER

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on August 5, 2008, and an affidavit on behalf of the plaintiff having been filed, it is this 27th day of August, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: N. Wilkens
Deputy Clerk